IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10424
Summary Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

HAMID REZA SAYADI-TAKHTEHKAR,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:96-CR-41-6
- - - - - - - - - - -
March 6, 1998

Before JONES, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]

Hamid Reza Sayadi-Takhtehkar appeals his convictions for
conspiring to import one or more kilograms of heroin, conspiring
to possess with intent to distribute and to distribute one or
more kilograms of heroin, possessing with intent to distribute
one or more kilograms of heroin, and tampering with a witness.
He argues that the Government failed to prove that Sayadi was
predisposed to commit the offense and that the district court
abused its discretion in denying his motion take foreign

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

depositions.  The evidence is sufficient to prove Sayadi-Takhtehkar's predisposition to commit the offenses.  <u>United States v. Byrd</u>, 31 F.3d 1329, 1334-35 (5th Cir. 1994).  The district court's denial of Sayadi-Takhtehkar's motion to take foreign depositions was not an abuse of the court's broad discretion.  <u>United States v. Dillman</u>, 15 F.3d 384, 389 (5th Cir. 1994).

AFFIRMED.